IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**  PLAINTIFF

v.   No. 4:20-cr-288-DPM-2-5

**BRITTANY DAWN JEFFREY; EMILY
NOWLIN; ALINE A. ESPINOSA-VILLEGAS;
and RENEA GODDARD**  DEFENDANTS

## GENERAL CRIMINAL SCHEDULING ORDER

This case has been continued and re-set for trial on **27 September 2021**. The Court orders the following schedule to move this case forward fairly and efficiently to a prompt resolution.

- **Thirty Days Before Trial Date** — File a Joint Report answering these questions:

    o Is this case ready for trial or a plea?

    o If trial-ready, how many six-hour days are needed?

    o If a party intends to seek a continuance, how long a delay will be requested and why?

- **Twenty-One Days Before Trial Date**

    o In trial-ready cases:

1. File any pre-trial motions. A response to any motion is due seven calendar days after the motion is filed; and
2. File notice of submitting proposed jury instructions to chambers. Focus on and submit only elements instructions, citing models and authority; the Court will use standard introductory and closing instructions.

- In cases that are not trial-ready or where a guilty plea will be offered, do one of two things:

    1. Get a plea date set with chambers **and** submit the proposed plea agreement to chambers; or
    2. File a motion for continuance.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>29 March 2021</u>

August 2020