PS 42
(Rev. 7/93)

# United States District Court
## Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
May 03, 2022
Tammy H. Downs, Clerk
By: B. Dunlap D.C.
DEP CLERK

United States of America )
)
vs. )
)
Emily Nowlin )
) Case No.  0860 4:20CR00288

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Emily Nowlin_____, have discussed with _____Tamia Grady_____, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

You must participate in a mental health counseling or psychiatric treatment as deemed necessary by the pretrial service office or supervising officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_  03-29-22   _Tamia Grady_  4-1-22
Signature of Defendant    Date    Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_    05/02/2022
Signature of Defense Counsel    Date

The Assistant U.S. Attorney ☒ does ☐ does not concur with this modification.
☒ The above modification of conditions of release is ordered, to be effective on  5/3/2022 .
☐ The above modification of conditions of release is *not* ordered.

_[signature]_    5/3/2022
Signature of Judicial Officer    Date